## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| North Star Mutual Insurance, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Daryn Fryer, Kevin Stastny, Kim ) | |
| Westerness, Joshua Scott, Kraft LLC, ) | |
| Kory Lowen, Parker Weisenbeck, and ) | Case No. 1:22-cv-051 |
| Jerry and Candice Keller, ) | |
| ) | |
| Defendants. ) | |

On April 24, 2023, Plaintiff North Star Mutual Insurance and Defendants Daryn Fryer and Kevin Stastny filed a Joint Motion to Amend Scheduling Order. (Doc. No. 35). They request that the court extend the deadlines to complete discovery, file discovery motions, and file dispostive motions.

The court **GRANTS** the motion (Doc. No. 35). The parties shall have until June 1, 2023, to complete fact discovery and file discovery motions. The parties shall have until June 15, 2023, to file any dispositive motions.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court