# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| North Star Mutual Insurance, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Daryn Fryer, Kevin Stastny, Kim Westerness, Joshua Scott, Kraft LLC, Kory Lowen, Parker Weisenbeck, and Jerry and Candice Keller, | ) ) ) ) | Case No. 1:22-cv-051 |
| | ) | |
| Defendants. | ) | |

The court held an impromptu status conference with the parties by telephone on June 13, 2023. Pursuant to the parties' discussions, the court shall stay pretrial deadlines pending further order. The parties shall submit a joint proposed scheduling/discovery plan, electronically signed and dated by counsel for all parties to the magistrate judge at ndd_J-Hochhalter@ndd.uscourts.gov within fourteen days of this order. The final pretrial conference set for October 2, 2023, shall be rescheduled for April 16, 2024, at 9:00 AM by telephone before the undersigned. To participate, the parties should call (877) 810-9415 and enter access code 8992581. The bench trial scheduled for October 16, 2023, shall be rescheduled for April 29, 2024, at 9:00 AM in Bismarck (Eagle Courtroom) before Judge Hovland. A three (3) day trial is anticipated.

**IT IS SO ORDERED**.

Dated this 13th day of June, 2023.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court