**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| North Star Mutual Insurance, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Daryn Fryer, Kevin Stastny, Kim | ) | |
| Westerness, Joshua Scott, Kraft LLC, | ) | |
| Kory Lowen, Parker Weisenbeck, and | ) | Case No. 1:22-cv-051 |
| Jerry and Candice Keller, | ) | |
| | ) | |
| Defendants. | ) | |

On October 27, 2023, Plaintiff North Star Mutual Insurance ("North Star") and Defendant Daryn Fryer ("Fryer") filed a "Stipulation to Extend Summary Judgment Deadline." Therein the agreed to extend the dispositive motion deadline until December 1, 2023.  (Doc. No. 40).

On November 1, 2023, the court held a status conference with North Star and Fryer to discuss their stipulation. Pursuant to these discussions, the court **ADOPTS** the stipulation (Doc. No. 40). Plaintiff shall until December 1, 2023, to file a motion for summary judgment. Defendants shall have until December 21, 2023, to file a combined response to Plaintiff's motion and cross-motion for summary judgment.  Plaintiff's combined reply and response to the cross motion are due by January 11, 2023.  Defendants reply is due by January 18, 2023.

The court, on its own motion, shall reschedule the final pretrial conference and bench trial in this matter.  Accordingly the final pretrial conference set for April 16, 2024, shall be rescheduled for October 8, 2024, at 9:00 AM by telephone.  The bench trial set for April 29, 2024, shall be rescheduled for October 21, 2024, at 9:00 AM before Judge Hovland.  A three (3) day trial is anticipated.

1

**IT IS SO ORDERED.**

Dated this 2nd day of November, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court